II. UNDER *UNITED STATES v. SWEENEY*, ADMISSION OF THE SPECIMEN CUSTODY DOCUMENT IS ERROR. HERE, THE LOWER COURT FOUND THAT ITS ADMISSION WAS HARMLESS BEYOND A REASONABLE DOUBT AND THAT A SURROGATE EXPERT FROM THE DRUG SCREENING LABORATORY TESTIFIED PROPERLY. DID THE LOWER COURT ERR?

No briefs will be filed under Rule 25.

No. 12–0474/NA. U.S. v. Brandon W. Barrett. CCA 201000330. Review granted on the following issue:

WHETHER CONTESTED ARTICLE 134 CLAUSE 1 OR 2 SPECIFICATIONS THAT FAIL TO EXPRESSLY ALLEGE AN ARTICLE 134 TERMINAL ELEMENT BUT THAT WERE NOT CHALLENGED AT TRIAL STATE AN OFFENSE.

No briefs will be filed under Rule 25.